## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                     )<br>    Plaintiff,    )<br>                     )     8:10CR246<br>    vs.           )<br>                     )     ORDER<br>RUSSELL A. KREBS, III,   )<br>                     )<br>    Defendant.       )  | |

Defendant Russell A. Krebs, III appeared before the court on Friday, August 24, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [60]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **September 27, 2012 at 11:30 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 24th day of August, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge